JOHN E. PEER - State Bar No. 95978
jpeer@woollspeer.com
LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660

JS-6

Attorneys for Plaintiff
CENTURY SURETY COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>GENE PIRA, INC., LEXINGTON INSURANCE COMPANY, CHARTIS PROPERTY CASUALTY COMPANY,<br><br>        Defendants. | Case No.: CV13-07289 DDP (AGRx)<br><br>Assigned to the Hon. Dean D. Pregerson<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Filing Date:        10/2/13 |

The Court having considered the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.  All parties to bear their own costs.  In addition, Motion in Limine, docket numbers 78 through 86 are vacated.

DATED:  March 20, 2015

United States District Judge

1